UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANTONIO WILLIAMS,  )
      Plaintiff,  )
  )  JUDGMENT
v.  )
  )  No. 5:22-CV-374-BM
CITY OF GOLDSBORO, and  )
SHYCOLE SIMPSON-CARTER,  )
      Defendants.  )

**Decision by Court.**
This case came before the Honorable Brian S. Meyers, United States Magistrate Judge for consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** defendant's motion for summary judgment is granted and this case is closed.

This Judgment filed and entered on September 30, 2024 with service via CM/ECF Notice of Electronic Filing on:

Bryan M. Sumner, Attorney for Plaintiff

Elizabeth C. Stephens, Attorney for Defendants

F. Marshall Wall, Attorney for Defendants

DATED: September 30, 2024            PETER A. MOORE, JR., CLERK

                                              By: */s/ Lisa W. Lee*
                                                   Deputy Clerk